**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Willie Charles JACKSON, a.k.a. Al
Capone, Defendant–Appellant.**

No. 08–14196
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 12, 2009.

James W. Smith, III, Donna Lee Elm, Federal Public, Defender, Tampa, FL, for Defendant–Appellant.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Willie Charles Jackson, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of Jackson's motion to reduce his sentence is

**AFFIRMED.**